UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CRYSTAL L. KRAMPITZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | Case No. CV-18-141-GF-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Commissioner's decision to deny benefits to Krampitz is AFFIRMED.

2. This case is DISMISSED with prejudice.

Dated this 3rd day of April, 2020.

　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　By: /s/ S. Redding
　　　　　　　　　　　　　　　S. Redding, Deputy Clerk